# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2006

129113 & (24)

ASIM AZZAWI,
    Plaintiff-Appellant,

v

WINDSOR TOWNSHIP,
    Defendant-Appellee.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 129113
COA: 261357
MI Tax Tribunal: 03-011068

   On order of the Court, the application for leave to appeal the July 5, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion to dismiss and for damages equal to its costs and actual attorney fees is also considered, and it is GRANTED. We REMAND this case to the Michigan Tax Tribunal for a determination of actual damages. MCR 7.316(D).



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2006                 

p0221                Clerk